**Walter J. HUNTER, III, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 35346.**

Missouri Court of Appeals,
Western District.

July 24, 1984.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
Oct. 2, 1984.

James W. Fletcher, Public Defender, Kansas City, Sean D. O'Brien, Asst. Public Defender, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., for respondent.

Before TURNAGE, C.J., and MANFORD and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

Appeal from denial of motion to vacate convictions for first-degree robbery and armed criminal action and respective concurrent sentences of twenty and five years' imprisonment.

Affirmed. Rule 84.16(b).